[No. 2880. Decided March 21, 1898.]

H. C. BLAIR, *Respondent*, v. JOHN R. CASSIN, *Appellant*.

APPEAL — DAMAGES — ACTION ON BOND.

Where it cannot be determined from the record what amount of damages respondent is entitled to recover for the detention of property pending an appeal, held by appellant by virtue of a supersedeas bond, no damages will be allowed in giving judgment against appellant, but the respondent will be left to an action upon the bond.

Appeal from Superior Court, Spokane County.—Hon. WM. E. RICHARDSON, Judge. Appeal dismissed.

*Blake & Post*, for respondent.

*Per Curiam.*—Respondent moves to affirm the judgment herein and for damages because of the failure of the appellant to prosecute his appeal within the time provided by statute. The motion to affirm must be granted, there having been no cause shown for the failure to comply with the statute in filing briefs and sending up the transcript. But it appears that by the judgment in the lower court the appellant was ordered to surrender the possession of certain real estate and that in appealing therefrom he gave a supersedeas bond, but, as we cannot determine from the record what amount of damages should be recovered for the detention of the property pending the appeal, none can be allowed in the disposition of this motion, but the plaintiff will be left to an action upon the bond. *Northwestern & P. H. Bank v. Griffitts*, 18 Wash. 69 (50 Pac. 591).